PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRANDON M. ALLEN,                       )
                                        )       CASE NO. 4:20CV1746
            Plaintiff,                  )
                                        )
        v.                              )       JUDGE BENITA Y. PEARSON
                                        )
OHIO DEPARTMENT OF                      )
REHABILITATION AND CORRECTION,          )       **MEMORANDUM OPINION**
*et al.*,                               )       **AND ORDER**
                                        )       [Resolving ECF No. 3]
            Defendants.                 )


        Pending before the Court are two nearly identical motions, filed by Plaintiff, seeking the

appointment of counsel.  ECF Nos. 3, 5.  The Court denies ECF No. 3 as duplicative.  The Court

will rule on the substance of ECF No. 5 in due course.


        IT IS SO ORDERED.

    February 25, 2021                           */s/ Benita Y. Pearson*
Date                                        Benita Y. Pearson
                                            United States District Judge